# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

VICTOR COVINGTON

NO. 2020 KW 0448

**AUGUST 03, 2020**

---

In Re:   Victor Covington, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 96-CR-1253.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's writ of habeas corpus, transferred to the district court on February 18, 2020, on or before October 1, 2020. A copy of the district court's action shall be filed in this court on or before October 12, 2020.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT